WILLIAM E. GILG
Attorney at Law, SBN 151991
305 San Bruno Avenue West
San Bruno, CA 94066
650-871-8647
650-873-3168 (fax)

Attorney for Debtor,
Ramin Yeganeh

**RECEIVED**
MAY - 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
MAY - 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RAMIN YEGANEH,

          Debtor.

)  Case No. C 062788 CW
)  Bankruptcy No. 05-30047 TEC
)
)  STIPULATION RE TIME FOR
)  **EMERGENCY MOTION**
)  BY DEBTOR FOR STAY
)  PENDING HIS APPEAL OF
)  BANKRUPTCY COURT'S "ORDER
)  AUTHORIZING COMPROMISE"
)  ENTERED ON APRIL 10, 2006
)
)  [Local Rules 6-2, 7-12]
)
)
)  Date: May 12, 2006
)  Time: 10:00 AM
)  Courtroom: 2
)  Judge: Claudia Wilken

    The parties in the above-entitled proceeding, Charles E. Sims the trustee and respondent, represented by Charles Maher, Esq., of Luce Forward, Hamilton & Scripps, LLP, the debtor and appellant, Ramin Yeganeh (hereinafter "Yeganeh"), represented by William Gilg, Esq., and the creditors, represented by Jeffry A. Davis, Esq., of DLA Piper Rudnick Gray Cary, US LLP, hereby stipulate that the hearing on Yeganeh's Emergency Motion for a stay pending his appeal from the Bankruptcy Court's "Order Authorizing

Stipulation re Hearing on Emergency Motion for Stay      -1-

Compromise", may be held in this United States District Court on May 12, 2006 at 10:00 AM before The Honorable Claudia Wilken in Courtroom 2 of the above-entitled court.

## DECLARATION RE LOCAL RULE 6-2

I, WILLIAM E. GILG, declare as follows:

1. This is an appeal from a final order issued by the Bankruptcy Court of the Northern District of California, the Honorable Thomas E. Carlson presiding. This order titled "Order Authorizing Compromise" was entered in the Bankruptcy Court on April 10, 2006. On April 17, 2006, the debtor, Ramin Yeganeh (hereinafter "Yeganeh"), filed a notice of appeal and an election to have said appeal heard by this District Court.

2. Also on April 17, 2006, Yeganeh filed an emergency motion with the Bankruptcy Court requesting a stay of enforcement of that court's "Order Authorizing Compromise" pending his appeal from same. On April 28, 2006, a hearing was held in the Bankruptcy Court before the Honorable Thomas E. Carlson. Judge Carlson denied Yeganeh's motion for a stay but did issue a temporary stay so that Yeganeh could apply to this District Court for a stay pending his appeal. This temporary stay was only to and including May 12, 2006.

3. The reasons for this shortening of time for Yeganeh's Emergency Motion is that since Local Rule 7-2 provides for a normal hearing period of 35 days after service, Yeganeh would not be able to have the hearing on his Emergency Motion heard by May 12, 2006 without a shortened time period.

4. There have been no other time modifications in this matter in this District Court. This requested time modification will have no effect on the time periods for the prosecution of Yeganeh's appeal with this District Court.

5. The parties stipulate that all moving, opposing, and reply papers will be served by both fax and first-class mail. Yeganeh's moving papers will be so served and filed by May 3, 2006. All opposition papers may be so served and filed by May 8, 2006. Any reply will be so served and filed by May 10, 2006. The matter will be decided on the papers.

6. The above-referenced parties additionally stipulate that a faxed signature will have the same affect as an original signature.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at San Bruno, California on May 2, 2006.

/S/ _____
WILLIAM E. GILG, Attorney for Yeganeh/Appellant

IT IS SO STIPULATED:

May 2, 2006        /S/ _____
                   CHARLES MAHER, ESQ.
                   Attorney for Trustee/Respondent

May 2, 2006        /S/ _____
                   WILLIAM E. GILG, ESQ.
                   Attorney for Yeganeh/Appellant

May 2, 2006        /S/ _____
                   JEFFRY A. DAVIS, ESQ.
                   Attorney for Creditors

IT IS SO ORDERED.

Dated: 5/5/06       /S/  CLAUDIA WILKEN
                   _____
                   JUDGE OF THE U.S. DISTRICT COURT

Stipulation re Hearing on Emergency Motion for Stay    -3-

4. There have been no other time modifications in this matter in this District Court. This requested time modification will have no effect on the time periods for the prosecution of Yeganeh's appeal with this District Court.

5. The parties stipulate that all moving, opposing, and reply papers will be served by both fax and first-class mail. Yeganeh's moving papers will be so served and filed by May 3, 2006. All opposition papers may be so served and filed by May 8, 2006. Any reply will be so served and filed by May 10, 2006.

6. The above-referenced parties additionally stipulate that a faxed signature will have the same affect as an original signature.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at San Bruno, California on May 2, 2006.

/S/
_____
WILLIAM E. GILG, Attorney for Yeganeh/Appellant

IT IS SO STIPULATED:

May 2, 2006

/S/ [signature]
CHARLES MAHER, ESQ.
Attorney for Trustee/Respondent

May 2, 2006

/S/
_____
WILLIAM E. GILG, ESQ.
Attorney for Yeganeh/Appellant

May 2, 2006

/S/
_____
JEFFRY A. DAVIS, ESQ.
Attorney for Creditors

IT IS SO ORDERED.

Dated: 5/5/06

/S/ CLAUDIA WILKEN
_____
JUDGE OF THE U.S. DISTRICT COURT

Stipulation re Hearing on Emergency Motion for Stay    -3-