NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>RAMIN YEGANEH<br>_____ / | NO: CV 06-02788 CW<br><br>**ORDER REGARDING FAILURE TO E-FILE** |

This case is subject to Electronic Case Filing ("ECF"). General Order 45, Section VI, requires that all documents in such a case be filed electronically. Our docket reflects that (Docket #3) Emergency Motion to Stay Pending Appeal of Bankruptcy Court "Order Authorizing Compromise", (Docket #4) Memorandum in Support Re Motion to Stay, (Docket # 5) Declaration of Ramin Yeganeh in Support of Motion to Stay, (Docket #6) Certificate of Service, (Docket #16) Reply Memorandum Re Motion to Stay, (Docket #17) Declaration of Ramin Yeganeh in Support of Reply Memorandum, (Docket #18) Certificate of Service, and (Docket #19) Objections to and Motion to Strike Portions of Request for Judicial Notice were not filed electronically.

IT IS HEREBY ORDERED counsel for debtor/appellant e-mail the above-mentioned documents to the Court in Portable Document Format ("PDF") format within 10 days as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above-mentioned filings. All subsequent papers should be e-filed.

Failure to comply with this order may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied.

General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."

1   IT IS HEREBY FURTHER ORDERED that, if she or he has not already done so, counsel
2 for shall register forthwith as an ECF User and be issued an ECF User ID and password. Forms and
3 instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

6  Date    5/15/06

_____
CLAUDIA WILKEN
United States District Judge

**William E. Gilg**
Attorney at Law
305 San Bruno Avenue West
San Bruno, CA 94066